**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO:** ___26-___ |
| **v.** | : | **DATE FILED:** _____ |
| **STEPHEN MICHAEL CILURSO** | : | **VIOLATION:** |
| | | **18 U.S.C. §§ 2261A(2)(B), 2261(b)(5)** |
| | : | **(stalking by use of the mails – 1 count)** |
| | : | **18 U.S.C. § 1512(d) (witness tampering – 1 count)** |

**INFORMATION**

**COUNT ONE**

**(Stalking by Use of the Mail)**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Between on or about May 31, 2019, and March 21, 2026, in Delaware County and Philadelphia County, in the Eastern District of Pennsylvania, defendant

**STEPHEN MICHAEL CILURSO,**

with the intent to kill, injure, harass, intimidate, and place under surveillance with the intent to kill, injure, harass, and intimidate another person, used the mail and any other facility of interstate commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to a person, their immediate family member, and their spouse or intimate partner.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(5).

## COUNT TWO

### (Witness Tampering)

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

Between on or about March 10, 2026, and March 21, 2026, in Delaware County and Philadelphia County, in the Eastern District of Pennsylvania, defendant

### STEPHEN MICHAEL CILURSO

intentionally harassed another person and thereby hindered, delayed, prevented, and dissuaded such person from attending and testifying in an official proceeding, reporting to a law enforcement officer the commission and possible commission of a Federal offense, seeking the arrest of another person in connection with a Federal offense, and assisting in a criminal prosecution and proceeding.

In violation of Title 18, United States Code, Section 1512(d).

_/FOR_

**DAVID METCALF**
**United States Attorney**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

STEPHEN MICHAEL CILURSO

INFORMATION

Counts

18 U.S.C. §§ 2261A(2)(B), 2261(b)(5) (stalking by use of the mails – 1 count)
18 U.S.C. § 1512(d) (witness tampering – 1 count)

A true bill.

_____
Foreperson

Filed in open court this _____day,
Of _____A.D. 20_____

_____
Foreperson

Bail, $_____